UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-00228-JLS-MAA Date: August 10, 2026
Title: Brandon Hollifield v. U.S. Borax Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On January 9, 2026, the Court granted Plaintiff Spornik's counsel's request to withdraw as attorneys. (Doc. 46.) The Court allowed Spornik 30 days to obtain new representation, after which Spornik was deemed *pro se*. (*Id.*) The Court did not dismiss Plaintiff Spornik's individual claims. In Defendants' status report, they state that Spornik has represented to the California Department of Industrial Relations, Labor Commissioner's Office that her claims have been dismissed. (Doc. 67 at 3–4.)

The Court therefore ORDERS Plaintiff Spornik to show cause, in writing, within **seven (7) days** as to why her claims should not be dismissed for lack of prosecution. Failure to respond will result in Spornik's immediate dismissal from this action.

Initials of Deputy Clerk: kd